**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 3, 2009**

Mr. Leon Jones , Jr.
Jones Law LLC
Post Office Box 2287
Bentonville , AR 72712

      Re: *Welcher v. Davis Nursing Association et al* -- 5:09CV00304-WRW

Dear Mr. Jones:

I have received Defendants' Motion to Dismiss, which was filed on November 18, 2009, and appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Defendants' position. If you choose not to respond by 12:00 noon on Wednesday, December 9, 2009, I will grant the motion.

      Cordially,

      /s/ Wm. R.Wilson,Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] The response was due on Wednesday, December 2, 2009.