UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOYCE R. WELCHER                                                                           PLAINTIFF

v.                              CASE NO. 5:09cv00304 BSM

DAVIS NURSING ASSOCIATION et al.                                        DEFENDANTS

## JUDGMENT

Pursuant to the order entered this day, judgment is entered for defendant Davis Nursing Association. The motion for summary judgment filed by defendant is granted. Plaintiff Joyce R. Welcher's race discrimination, disability discrimination and retaliation claims are dismissed with prejudice. Her wrongful termination claim is dismissed without prejudice.

IT IS SO ORDERED this 25th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE